UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT ALBERT MURPHY,

Defendant.
_____/

Case: 4:20-cr-20062
Judge: Davis, Stephanie Dawkins
MJ: Hluchaniuk, Michael J.
Filed: 02-05-2020
SEALED (dw)

Violations:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1) - Possession of a Firearm and Ammunition by a Prohibited Person

1.  On or about August 20, 2019, at or around 816 Beach Street in the City of Flint, in the Eastern District of Michigan, defendant, ROBERT ALBERT MURPHY, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger, 10/22, .22 caliber, rifle, and 95 rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
## 18 U.S.C. § 922(g)(1) - Possession of Ammunition by a Prohibited Person

2. On or about August 20, 2019, at or around a residence on Carton Street in the City of Flint, in the Eastern District of Michigan, defendant, ROBERT ALBERT MURPHY, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, ammunition, that is, 90 rounds of .22 caliber ammunition and eight rounds of .30-30 ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

3. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

4. Upon conviction of the offense charged in Count One or Count Two of this Indictment, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: a Ruger, 10/22, .22 caliber rifle with a 100-round drum magazine, 185 rounds of .22 caliber ammunition, and eight rounds of .30-30 ammunition.

5. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/Anthony P. Vance*
ANTHONY VANCE
Chief, Branch Offices

*s/Ann Nee*
ANN NEE
Assistant United States Attorney

Dated: 2-5-2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: |

**Case Title:** USA v. Robert Albert Murphy

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- **no** prior complaint

Case: 4:20-cr-20062
Judge: Davis, Stephanie Dawkins
MJ: Hluchaniuk, Michael J.
Filed: 02-05-2020
SEALED (dw)

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

February 5, 2020
Date

s/Ann Nee

Ann Nee
Assistant United States Attorney
600 Church Street
Flint, MI 48502
ann.nee@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.